MILDRED WEBB, Respondent, v. BOARD OF EDUCATION OF DE RUYTER CENTRAL RURAL SCHOOL, Appellant.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.